[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 02, 2010
JOHN LEY
CLERK

No. 09-16299
Non-Argument Calendar

_____

D. C. Docket No. 08-00315-CR-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARLON LEGRANT SAUSSY,
a.k.a. Sauce,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(December 2, 2010)

Before TJOFLAT, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Derek C. Gilbert, appointed counsel for Marlon Legrant Saussy, has filed a

motion to withdrawal from further representing the appellant, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Saussy's conviction and sentence are **AFFIRMED.**